NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MONDIS TECHNOLOGY LTD.,**
*Plaintiff – Appellee,*

**v.**

**INNOLUX CORPORATION (formerly known as Chimei Innolux Corporation), INNOLUX CORP.,**
*Defendants – Appellants.*

_____

12-1304
_____

Appeal from the United States District Court for the Eastern District of Texas in case no. 11-CV-0378 Judge J. Rodney Gilstrap.

_____

## **O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).


FOR THE COURT

April 8, 2013                    /s/ Jan Horbaly

Jan Horbaly
Clerk


**ISSUED AS A MANDATE:** April 8, 2013


cc: Clerk's Office, United States District Court for the
Eastern District of Texas (Marshall)
Martin J. Black
James P. Brogan
Thomas Joseph Friel Jr.
Vincent August Gallo
Eamonn Gardner
Lori R. Mason
Jeffrey B. Plies