# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

12-1304

## MONDIS TECHNOLOGY LTD.,

*Plaintiff – Appellee,*

**v.**

## INNOLUX CORPORATION (formerly known as Chimei Innolux Corporation), and INNOLUX CORP.,

*Defendants – Appellants.*

Appeal from the United States District Court for the Eastern District of Texas (Marshall) in case no. 11-CV-0378 Judge J. Rodney Gilstrap.

## <u>MANDATE</u>

In accordance with the judgment of this Court, entered April 08, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.


FOR THE COURT

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk


cc: Martin J. Black
James P. Brogan
Clerk of Court, Eastern District of Texas (Marshall)
Thomas Joseph Friel Jr.
Vincent August Gallo
Eamonn Gardner
Lori R. Mason
Jeffrey B. Plies